# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **BEAU DERISE** | **CASE NO. 6:21-CV-04464** |
| **VERSUS** | **JUDGE MICHAEL J. JUNEAU** |
| **ALLSTATE INS. CO.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a plausible, nonfrivolous claim on which relief can be granted.

Signed at Lafayette, Louisiana, this 24th day of January, 2022.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE